1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER MAMMY,                      1:07-cv-01007 OWW WMW  (PC)

12            Plaintiff,
                                            ORDER DENYING MOTION FOR
13   v.                                     APPOINTMENT OF COUNSEL

14   H. LA TULIPPE, et al.,                 (DOCUMENT #9)

15            Defendants.
     _____/
16

17            Plaintiff has requested the appointment of counsel.  The United States Supreme Court

18   has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

19   cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109

20   S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary

21   assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th

22   Cir. 1997).  Without a reasonable method of securing and compensating counsel, this court will seek

23   volunteer counsel only in the most serious and exceptional cases.

24            In the present case, the court does not find the required exceptional circumstances.  See

25   Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that he has

26   made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This

27   court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of

28   counsel shall be denied.

                                            -1-

1  In accordance with the above, plaintiff's request for the appointment of counsel is

2  HEREBY DENIED.

3  IT IS SO ORDERED.

4  **Dated:**    **September 17, 2007**            **/s/  William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28